IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RALPH R. NELSON, | Case No. 04 10845 GAO |
| Plaintiff, | JUDGE GEORGE A. O'TOOLE, JR. |
| vs. | MAGISTRATE JUDGE LAWRENCE P. COHEN |
| TONYA MARIE COFFEY (NELSON), *et al.*, | |
| Defendants. | |

FILED IN CLERK'S OFFICE
2004 JUN -9 A 9:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS TOM HAYES AND CHINA WIDENER

Please take notice that, Adrianne M. Blair, Assistant Attorney General, hereby enters an appearance in the record on behalf of Defendants, Tom Hayes, Director of the Ohio Department of Job and Family Services ("ODJFS"), and China Widener, Assistant Director of ODJFS. Please direct all future notices, pleadings and filings to the undersigned at the address listed below.

Respectfully Submitted,

JIM PETRO
Ohio Attorney General

*Adrianne M. Blair*

**ADRIANNE M. BLAIR**
Assistant Attorney General
150 East Gay Street, 17th Floor
Columbus, Ohio 43215
(614) 466-0722 (telephone)
(614) 644-9973 (facsimile)
Counsel for Defendants Tom Hayes and China Widener

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance of Counsel for Defendants Tom Hayes and China Widener* was sent via regular U.S. mail on this 8th day of June to the following parties: Ralph R. Nelson, Plaintiff Pro Se, 57 Charter Street, Apt. 2A, Boston, MA 02113; Tonya Marie Coffey (Nelson), Defendant, 3316 Bristol Drive, Springfield, Ohio 455503-1606; Sherri Z. Heller, Defendant, Commissioner of the Federal Office of Child Support Enforcement, U.S. Department of Health and Human Services, 370 L'Enfant Promenade, S.W., Washington, D.C. 20447; Dannetta Graves, Defendant, Director, 14 West Fourth Street, Dayton, Ohio 45422; Marilyn Ray Smith, Defendant, Deputy Commissioner of Child Support, The Commonwealth of Massachusetts, Department of Revenue, Child Support Enforcement Division, P.O. Box 7057, Boston, MA 02204; Mark Landes, Esq., Isaac, Brant, Ledman & Teetor, L.L.P., 250 East Broad Street, Suite 900, Columbus, Ohio 43215, Attorney for Defendants Carla Townsend, Clark County Child Support Enforcement Agency, Robert Suver, Director, Clark County Child Support Enforcement Agency, Virginia Brown, Clark County Child Support Enforcement Agency, Sandra Mendenhall, Clark County Child Support Enforcement Agency, Debbie Martineau, Clark County Child Support Enforcement Agency, Holly Payne, Clark County Child Support Enforcement Agency, and Joel Salway, Office of the Magistrate.

_____
Adrianne M. Blair
Counsel for Defendants Widener and Hayes