IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RALPH R. NELSON,

    Plaintiff,

v.

TONYA MARIE COFFEY (NELSON), et al.

    Defendants.

Case No. 04 10845 GAO

Judge

Magistrate Judge

## AFFIDAVIT OF MARK LANDES

STATE OF OHIO

              ss.

COUNTY OF FRANKLIN

Mark Landes, first being duly sworn, states the following:

1. I am a 1982 graduate of the Ohio State University Moritz College of Law.

2. I am admitted to practice in the State Courts of Ohio and Kentucky, as well as the United States District Courts for the Northern and Southern District of Ohio and the Sixth Circuit Court of Appeals.

3. I am currently in good standing with all of the above-referenced courts and have never had formal disciplinary action taken against me by any court to which I am admitted.

Further affiant sayeth naught.

_____
Mark Landes

Sworn to and subscribe before me this 14th day of June, 2004.

_____
Notary Public

JOANNE S. PETERS
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

## SERVICE LIST

Ralph R. Nelson
57 Charter Street, Apt. 2A
Boston, Massachusetts 02113

Tonya Marie Coffey
3316 Bristol Drive
Springfield, Ohio 45503

Sherri Z. Heller
Commissioner of the Federal
Office of Child Support Enforcement
The U.S. Department of Health and
Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Dannetta Graves, Director
14 West Fourth Street
Dayton, Ohio 45422

China L. Widener, Assistant Director
Ohio Department of Job and Family Services
30 E. Broad Street, 32nd Floor
Columbus, Ohio 43215-3414

Tom Hayes, Director
Ohio Department of Job and Family Services
30 E. Broad Street, 32nd Floor
Columbus, Ohio 43215-3414

Marilyn Ray Smith
Deputy Commissioner of Child Support
Commonwealth of Massachusetts
Department of Revenue
Child Support Enforcement Division
P.O. Box 7010
Boston, Massachusetts 02204