IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH R. NELSON, | Case No. 04 10845-GAO |
| Plaintiff, | |
| v. | Judge |
| | Magistrate Judge |
| TONYA MARIE COFFEY (NELSON), et al. | |
| Defendants. | |

### AFFIDAVIT OF MATTHEW T. HOLLIS

STATE OF OHIO
                    ss.
COUNTY OF FRANKLIN

Matthew T. Hollis, first being duly sworn, states the following:

1. I am a 2001 graduate of the Capital University Law School.

2. I am admitted to practice in the State Courts of Ohio, as well as the United States District Court for the Southern District of Ohio.

3. I am currently in good standing with all of the above-referenced courts and have never had formal disciplinary action taken against me by any court to which I am admitted.

Further affiant sayeth naught.

_____
Matthew T. Hollis

Sworn to and subscribe before me this 14th day of June, 2004.

_____
Notary Public

JOANNE S. PETERS
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.