UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH R. NELSON,             )<br>                              )<br>        Plaintiff             )<br>                              )<br>vs.                           )<br>                              )<br>TONYA MARIE COFFEY (NELSON); )<br>SHERRI Z. HELLER, CARLA TOWNSEND, )<br>ROBERT SUVER, DANNETTA GRAVES, )<br>VIRGINIA BROWN, SANDRA MENDENHALL, )<br>DEBBIE MARTINEAU, HOLLY PAYNE, )<br>JOEL SALWY, CHINA L. WIDENER, TOM )<br>HAYES and MARILYN RAY SMITH, )<br>                              )<br>        Defendants.           )| C.A. No. 04-CV-10845-GAO |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Marilyn Ray Smith, hereby certifies, pursuant to Local Rule 7.1(A)(2), that I conferred with the pro se plaintiff, Ralph R. Nelson, on July 13, 2004, and attempted in good faith to resolve or narrow the issues set forth in Defendant Marilyn Ray Smith's Motion to Dismiss Plaintiff's Complaint.

                                              Respectfully submitted,
                                              DEPUTY COMMISSIONER MARILYN RAY SMITH

                                              By her attorneys,
                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL
                                              /s/ Sarah M. Joss_____
                                              Sarah M. Joss, BBO #651856
                                              Assistant Attorney General
                                              Trial Division
                                              One Ashburton Place
                                              Boston, MA  02108
Dated:  July 14, 2004                       (617) 727-2200

## **CERTIFICATE OF SERVICE**

      I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this day, July 14, 2004, served the foregoing document upon the parties, by mailing a copy, first class, postage prepaid to:

1.     Ralph R. Nelson
   57 Charter Street, Apt. 2A
   Boston, MA  02113

2.     Tonya M. Nelson
   3316 Bristol Drive
   Springfield, OH  45503

3.     Dannetta Graves
   c/o 1111 Edwin C. Moses Blvd.
   Dayton, MA  45402

4.     Adrianne M. Blair
   Ohio Attorney General
   Health Care Fraud Section
   150 East Gay Street, 17th Floor
   Columbus, OH  43215

5.     Marcell N. Dezarn
   Montgomery County Prosecuting Attorney
   Dayton-Montgomery County Courts Building
   5th Floor
   P.O. Box 972
   301 West Third Street
   Dayton, OH  45422

6.     Joanne Goulka
   Frank J. Federico, Jr.
   Griffin & Goulka
   92 Montvale Avenue, Suite 2700
   Stoneham, MA  02180

7.     Mark Landes
   Matthew T. Hollis
   Isaac, Brant, Ledman & Teetor, LLP
   250 East Broad Street, Suite 900
   Columbus, OH  43215

                                        /s/ Sarah M. Joss_____
                                        Sarah M. Joss