COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT

FILED CLERKS OFFICE

District of _____

2004 JUL 27 P 12:59

RALPH R. NELSON

US DISTRICT COURT
DISTRICT OF MASS

V.                                   SUMMONS IN A CIVIL ACTION

DANNETTA GRAVES, ET AL        CASE NUMBER: 04 10845 GAO

TO: (Name and address of Defendant)

DANNETTA GRAVES, DIRECTOR
MONTGOMERY COUNTY CHILD SUPPORT ENFORCEMENT AGENCY
14 WEST FOURTH STREET
DAYTON, OHIO
45422

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RALPH R. NELSON
57 CHARTER STREET
APT 2A
BOSTON, MA
02113

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                              APR 28 2004
                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-6-04 0910 |
| NAME OF SERVER (PRINT) Dep D Blackwell 319 | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tim Williams Director

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 12.00 | SERVICES 2.00 | TOTAL $0.00 /4.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-6-04  0910 Hrs         Dep D Blackwell 319
                   Date                  Signature of Server  Dep Blackwell

                                         MCSD
                                         Address of Server

Notary: Patricia A Rhodes

PATRICIA A. GROVES, Notary Public
In and for the State of Ohio
My Commission Expires April 20, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.