UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ralph R. Nelson

2004 JUL 22 A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

Case # 1:04 –cv-10845GAO
Judge Nathaniel M. Gorton
Clerk Mark Barrette

v.

**DO NOT DISMISS DEFENDANTS
CHINA WIDENER AND TOM HAYES**

Tonya Marie Coffey (Nelson)
et all

The Clark County Common Pleas Court referenced in **bold italics** documentation from the Ohio CSEA just prior to prohibiting any and all contact between myself and my children. Documentation proven to have been knowingly inaccurate. And to this day, the Ohio CSEA has not returned to the court to inform the court that they referenced inaccurate documents from the Ohio CSEA before orphaning my children from their good Father.

Tom Hayes and China L. Widener are at the helm of this very powerful agency which has not made any attempt to correct the injustices which their agency has played a significant part in. The injustice of requiring my children to grow up without their good Father.

With all my Fatherly love, I ask this court to NOT dismiss defendants China L. Widener and Tom Hayes.

Let's review just how easy it was to abduct children, and to force them to grow up Fatherless, in the State of Ohio.

1. Wait until the Father goes to work. Enter his home and take his children. Possession is nine-tenths the law. Even when possession involves a good Father's children.
2. File a fraudulent domestic violence charge against the Father. Four years later, when you confess to fabricating the charge, there will be no repercussions - no attempt to re-unite the Father and his children.
3. Deny any and all contact between the Father and his children. All you need to do is slander the Father – there will be no concern for what's best for the children.
4. Slander the Father to the children. This also, will raise no concerns.

It's that simple! It's time to sound the Amber Alert on the 'system' that assisted in the orphaning of three wonderful children from their Father by filing with the court inaccurate documents. And then took no responsibility.

When I returned home to find my children had been illegally taken, I received a phone call from a man I had never known existed. This man informed me, " I'm going to fight you for your children." Then he hung up. Imagine what a surreal phone call that must have been. Then years later, I discover the man has a name – Tony Sturgill – the boyfriend of my spouse. Imagine seeing this man in Clark County Common Pleas court vowing to never let me communicate with my children. And all anybody does is remove him from the court building.

Who is to stop this from occurring to other children and their Fathers ?  Perhaps, In October 2000, had the Ohio Attorney General's office taken the time for my children and their Father when I contacted them asking for their help, only to be referred to the County Prosecutors office, and the Ohio Department of Jobs and Family, this horrific situation would not have reached this current level. If just one person was able to care.

The 'system' completely failed my children. The individuals responsible for this 'system' must NOT be dismissed.  We know - with absolute certainty - the facts contained within this complaint demonstrate the deprivation of this citizen's intangible right to honest government as well as a breach of the defendant's fiduciary duty. And under this doctrine, a public official may be held accountable.

*Ralph R. Nelson*

Ralph Nelson
57 Charter Street
Apt 2A
Boston, Massachusetts
02113

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via regular U.S. Mail this 20th day of July, 2004, to the following :

Adrianne M. Blair
Assistant Attorney General
150 East Gay Street
17th Floor
Columbus, Ohio
43125


Tom Hayes
Director
Ohio Department of Jobs and Family Services
30 East Broad Street
32nd Floor
Columbus, Ohio
43266


China L. Widener
Assistant Director
Office of Child Support Enforcement
30 East Broad Street
32d Floor
Columbus, Ohio
43266

*Ralph R. Nelson* (signature)

Ralph Nelson
57 Charter Street
Apt 2A
Boston, Massachusetts
02113