State of Ohio          }
                       } ss          AFFIDAVIT
County of Franklin     }


I, Mark W. Mcglone, Deputy Sheriff of Franklin County, State of Ohio, make oath that on 5/25/2004, at 10:48 AM I served China L Widener by Personal Service at 30 E Broad St 32Nd Floor, Columbus, with a true copy of the Summons, Complaint, in case number 0410845GAO.

*[signature]*
Deputy Sheriff

Sworn to before me and signed in my presence this 25 of May, 2004.

*[signature]*
Notary Public, State of Ohio

MICHELE L. FRIEND
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 08-25-08