State of Ohio        }
                     } ss        AFFIDAVIT
County of Franklin   }


I, Mark W. Mcglone, Deputy Sheriff of Franklin County, State of Ohio, make oath that on 6/4/2004, at 9:00 AM I served Tom Hayes by Resident Service at 30 E Broad St 32Nd Floor, Columbus, with a true copy of the Summons, Complaint, in case number 0410845GAO.

_____
Deputy Sheriff

Sworn to before me and signed in my presence this 4th of June, 2004.

_____
Notary Public, State of Ohio



SUE ANN LAWSON
NOTARY PUBLIC - STATE OF OHIO
My Commission Expires 1-9-08