UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

Ralph R. Nelson

Case # 1:04-cv- 10845 AOL 2? P 12: 58
Judge Nathaniel M. Gorton
Clerk Mr. Mark Barrette DISTRICT COURT
DISTRICT OF MASS

v.

**Delivery To The Defendants
The Summons Accompanied By The Complaint**

Tonya Marie Coffey (Nelson)

et all

---

Please find enclosed copies demonstrating delivery to each defendant the summons accompanied by the complaint.

Thank you.

Ralph R. Nelson
57 Charter Street
Apt 2A
Boston, Massachusetts
02113

| Defendant | Delivery of Complaint | Answer to Complaint |
|---|---|---|
| Tonya Marie Coffey (Nelson) | May 14, 2004 | Answered *pro se* |
| Sherri Z. Heller | (Will verify this on Monday and notify this court) | |
| Carla Townsend | May 10, 2004 | Isaac, Brant, Ledman & Teetor - Local : Joanne L. Goulka |
| Robert Suver | May 10, 2004 | Isaac, Brant, Ledman & Teetor - Local : Joanne L. Goulka |
| Dannetta Graves | May 6, 2004 | Mathias H. Heck, Jr Montgomery County, Prosecuting Attorney |
| Virginia Brown | May 10, 2004 | Isaac, Brant, Ledman & Teetor |
| Sandra Mendenhall | May 10, 2004 | Isaac, Brant, Ledman & Teetor - Local : Joanne L. Goulka |
| Debbie Martineau | May 10, 2004 | Isaac, Brant, Ledman & Teetor - Local : Joanne L. Goulka |
| Holly Payne | May 10, 2004 | Isaac, Brant, Ledman & Teetor - Local : Joanne L. Goulka |
| Joel Salway | May 10, 2004 | Isaac, Brant, Ledman & Teetor - Local : Joanne L. Goulka |
| China L. Widener | May 25, 2004 | Jim Petro, Ohio Attorney General |
| Tom Hayes | June 4, 2004 | Jim Petro, Ohio Attorney General |
| Marilyn Ray Smith | June 11, 2004 | Thomas F. Reilly MA Attorney General |