IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| **RALPH R. NELSON,** | : | Case No. 04 CV-10845 NMG |
| Plaintiff, | : | JUDGE NATHANIEL M. GORTON |
| vs. | : | |
| **TONYA MARIE COFFEY (NELSON),** *et al.*, | : | |
| Defendants. | : | |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the Defendants, Tom Hayes and China Widener, hereby certifies that I conferred with the Pro Se Plaintiff Ralph R. Nelson on August 3, 2004, and attempted in good faith to resolve and narrow the issues set forth in Defendants Tom Hayes and China L. Widener's Motion to Dismiss in compliance with Local Rule 7.1(A)(2).

Respectfully submitted,

JIM PETRO
OHIO ATTORNEY GENERAL


/s/ Adrianne M. Blair
ADRIANNE M. BLAIR
Assistant Attorney General
150 East Gay Street, 17th Floor
Columbus, Ohio 43215
(614) 466-0722 (telephone)
(614) 644-9973 (facsimile)
Counsel for Defendants Tom Hayes and China Widener

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 13, 2004, a copy of the foregoing Certification under Local Rule 7.1 was filed electronically.  Notice of this filing will be sent to all parties, if registered, by operation of the Court's electronic filing system.  In order to ensure that all parties are properly served, I also certify that I have served the foregoing Certification under Local Rule 7.1 via regular U.S. mail on this day, September 13, 2004, to the following parties:

1. Ralph R. Nelson
   57 Charter Street, Apt. 2A
   Boston, MA  02113

2. Tonya M. Nelson
   3316 Bristol Drive
   Springfield, OH  45503

3. Danetta Graves
   c/o 1111 Edwin C. Moses Blvd.
   Dayton, OH  45402

4. Marcell N. Dezarn
   Montgomery County Prosecuting Attorney
   Dayton-Montgomery County Courts Building, 5th Floor
   P. O. Box 972
   301 West Third Street
   Dayton, OH  45422

5. Joanne Goulka
   Frank J. Federico, Jr.
   Griffin & Goulka
   92 Montvale Avenue, Suite 2700
   Stoneham, MA  02180

6. Mark Landes
   Matthew T. Hollis
   Isaac, Brant, Ledman & Teetor, L.L.P.
   250 East Broad Street, Suite 900
   Columbus, OH  43215

7. Sarah M. Joss
   Assistant Attorney General
   Trial Division
   One Ashburton Place
   Boston, MA  02108

                              /s/ Adrianne M. Blair_____
                              Adrianne M. Blair