## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Ralph R. Nelson,
        Plaintiff

    V.

Tonya Marie Coffey, et al.,
        Defendant

CIVIL ACTION

NO.  04-10845-NMG

## ORDER OF DISMISSAL

Gorton,    D. J.

In accordance with the adoption of the Report & Recommendation  dated  12/20/04   granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

1/27/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk